UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDGAR ZAVALA, | ) | CASE NO. SA CV 12-1002-DSF (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| RALPH DIAZ, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 2/5/13 .

_Dale S. Fischer_
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\PJWJudgment.wpd