UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ZAVALA,<br><br>        Petitioner,<br><br>        v.<br><br>RALPH DIAZ, WARDEN,<br><br>        Respondent. | CASE NO. SA CV 12-1002-DSF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 2/5/13 .

*Dale S. Fischer*

————————————————
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\PJWJudgment.wpd